**Signed: February 06, 2009**

_____
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                                        No. 08-45077 TK
                                                             Chapter 7
NEIL ANTHONY MILITANTE,

        Debtor.
_____/

**ORDER GRANTING MOTION TO REDEEM**

    For the reasons stated in the Memorandum of Decision issued herewith, it is hereby

    ORDERED that the above-captioned debtor's motion to redeem his 2004 Nissan Pathfinder SUV be, and it hereby is, granted on the condition that the debtor pay secured creditor San Francisco Federal Credit Union $7,000 in certified funds by no later than ten days from the date of entry of this order.

                          END OF DOCUMENT

COURT SERVICE LIST

Karl-Fredric J. Seligman
Law Offices of Karl-Fredric Seligman
610 Georgia St.
Vallejo, CA 94590

Gary L. Fertig
Law Offices of Gary L. Fertig
875-A Island Drive, PMB #373
Alameda, CA 94502